# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GODFREY K. KIRUI, | ) |
| Petitioner, | ) |
| v. | ) No. 4:25-cv-00743-JSD |
| RICHARD ADAMS, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented Petitioner Godfrey K. Kirui initiated this 28 U.S.C. § 2254 habeas action with an unsigned Petition and unsigned Original Filing Form.[1] *See* ECF Nos. 1 at 13 & 1-3 at 1. Under Federal Rule of Civil Procedure 11, every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." Similarly, the local rules of this Court also require that all filings be signed by the party or the party's attorney. *See* E.D. Mo. L.R. 2.01(A)(1). As such, the Court will order the Clerk to return the Petition and Original Filing Form to Petitioner, so that Petitioner may sign both documents and return to the Court for filing. If Petitioner fails to comply with this Order, this action will be dismissed without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the unsigned Petition and Original Filing Form to Petitioner and Petitioner shall sign both documents and return them to the Court, within **thirty (30) days** of the date of this Order.

---

[1] Both documents contain completely scratched-out signatures. ECF Nos. 1 at 13 & 1-3 at 1.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, this case will be dismissed without prejudice.

Dated this 9th day of June 2025.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE